No. 90–1804. QUIRK ET UX. *v.* TOWN OF SANDWICH. Sup. Jud. Ct. Mass. Certiorari denied.

No. 90–1805. LAUREL SAND & GRAVEL, INC. *v.* CSX TRANS-PORTATION, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–1806. PORT CLINTON ASSOCIATES *v.* BOARD OF SE-LECTMEN OF TOWN OF CLINTON. Sup. Ct. Conn. Certiorari denied.

No. 90–1807. SIMMONS *v.* CONNECTICUT ET AL. App. Ct. Conn. Certiorari denied.

No. 90–1808. PRICE *v.* DIGITAL EQUIPMENT CORP. C. A. 5th Cir. Certiorari denied.

No. 90–1809. WHITMER *v.* CITY OF CHICAGO ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 90–1811. MATEYKO ET UX. *v.* FELIX ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–1814. PASKAVITCH *v.* REAGAN, FORMER PRESIDENT. C. A. 2d Cir. Certiorari denied.

No. 90–1815. MURPHY, DBA THOMAS M. MURPHY & ASSO-CIATES *v.* PROVIDENT MUTUAL LIFE INSURANCE COMPANY OF PHILADELPHIA ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–1816. MSM FARMS, INC. *v.* SPIRE, ATTORNEY GEN-ERAL OF NEBRASKA, ET AL. C. A. 8th Cir. Certiorari denied.

No. 90–1818. WELSH *v.* DELOACH. C. A. 10th Cir. Certiorari denied.

No. 90–1819. ANDERSON *v.* ENVIRONMENTAL HEALTH DE-PARTMENT ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–1821. JAMCO *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 11th Cir. Certiorari denied.